FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUL -6 AM 11: 35

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:16CR147 |
| COREY J. STAFFORD, | ) | |
| Defendant. | ) | |

### MINUTE ORDER

The above cause having come before the Court on the 22nd day of June, 2016, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motions to Suppress (doc. 18 & 28) are TAKEN UNDER ADVISEMENT.

All other pretrial motions are MOOT.

**SO ORDERED** this 5-Th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA